Samuel Tamberelli and Another, Respondents, v. Henry Ost, Appellant.—

Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.